**ORIGINAL**

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05 - 241

TO: _Emanuel Redden_ SBI#: 092507

FROM: *Stacy Shane, Support Services Secretary*

RE: **6 Months Account Statement**

DATE: _april 11, 2005_

FILED

APR 25 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Attached are copies of your inmate account statement for the months of* _October 1, 2004_ *to* _March 31, 2005_.

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| Oct | ∅ |
| Nov | ∅ |
| Dec | ∅ |
| Jan | ∅ |
| Feb | ∅ |
| March | .01 |

**Average daily balances/6 months:** _.01_

*Attachments*
CC: *File*

_Stacy Shane_
4/11/05

_Notary public_
9/12/05

## Individual Statement - No Transactions This Month

Date Printed: 4/7/2005                                                                                          Page 1 of 1

## For Month of October 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|----|--------|------------------|-------|
| 00092507 | REDDEN | EMANUEL | | | | |
| Current Location: | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

| | | | | | Ending Mth Balance: | $0.00 |

## Individual Statement – No Transactions This Month

Date Printed:　4/7/2005

Page 1 of 1

## For Month of November 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00092507 | REDDEN | EMANUEL | | | | |
| Current Location: | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

## Individual Statement - No Transactions This Month

Date Printed: 4/7/2005                                                                                      Page 1 of 1

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00092507 | REDDEN | EMANUEL | | | | |
| Current Location: | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

| | | | | | Ending Mth Balance: | $0.00 |
|--|--|--|--|--|--------------------|-------|

# Individual Statement - No Transactions This Month

Date Printed: 4/7/2005                                                                                          Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00092507 | REDDEN | EMANUEL | | | | |
| Current Location: | SU/1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|

# Individual Statement - No Transactions This Month

Date Printed: 4/7/2005                                                                                     Page 1 of 1

## For Month of February 2005

| SBI | Last Name | | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|--|------------|----|--------|------------------|-------|
| 00092507 | REDDEN | | EMANUEL | | | | |
| Current Location: | SU/1 | | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

| | | | | Ending Mth Balance: | $0.00 |
|--|--|--|--|--------------------|-------|

# Individual Statement

Date Printed: 4/7/2005

Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00092507 | REDDEN | EMANUEL | | | | |

Current Location:    SU/1

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Commitments | 3/2/2005 | $0.00 | $0.00 | $0.00 | $0.00 | 75957 | | | |
| Misc | 3/10/2005 | $0.10 | $0.00 | $0.00 | $0.10 | 79748 | 41552 | SCI | |

Ending Mth Balance:        $0.10