**ORIGINAL**

(Rev. 4/97)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

0 5 - 2 4 1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Emanuel Redden
(Enter above the full name of the plaintiff in this action)

v.

Correctional Officer Diez

FILED
APR 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Enter above the full name of the defendant(s) in this action

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        YES [✓]   NO [ ]

   B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1.   Parties to this previous lawsuit

        Plaintiffs  Emanuel Redden

        Defendants  Warden Kearney, Sergeant Dukes, C/O Walker

2. Court (if federal court, name the district; if state court, name the county) **Delaware**

3. Docket number **N/A**

4. Name of judge to whom case was assigned **N/A**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

6. Approximate date of filing lawsuit **Pending**

7. Approximate date of disposition _____

II.  A. Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C. If your answer is YES,

1. What steps did you take? **I filed a grievance**

2. What was the result? **My grievance against C/O Diez was upheld after an investigation.**

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

III.   Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.   Name of Plaintiff Emanuel Redden
Address Delaware Correctional Center, Smyrna, De 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B.   Defendant Officer Diez is employed as Correctional Officer at Sussex Correctional Inst. Georgetown, De. 19947

C.   Additional Defendants _____

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On the night of August 28, 2004, while sitting at a card table - C/o Diez struck me on the right side of my neck, intentionally, with his right forearm as he was walking pass me. I reported the assault to his supervisor Sergent Biles. - C/o Diez just laughed and walked away.

-3-

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I like the court to grant me $10,000.00 in punitive damages against C/O Diez. And I'm also requesting $8,500.00 in compensatory damages.

Signed this 2nd day of April, 2005

_Emanuel Redden_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

April 2, 2005                    _Emanuel Redden_
Date                             (Signature of Plaintiff)

-4-



I/M Emanuel Redden
SBI# 092507 UNIT 8H↓
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U. S. District Court
J. Caleb Boggs Federal Building
Lock Box 18
844 N. King Street
Wilmington, Delaware 19801