Emanuel Redden
    Plaintiff

V.

Correctional Officer
Diaz,
    Defendant

Civ. No. 05-241-GMS



FILED
APR - 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

TO: Clerk of Court;

Dear Sir, upon receipt of an Order dated 31st of March 2006 I need you to send me 5 (five) U.S. Marshal 285 forms for Service Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2).

Thank you!

Emanuel Redden
#092507

