OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 12, 2006

TO:  Emanuel Redden
     SBI # 092507
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

**RE: *Request for U.S. Marshal's 285 Service Forms; 05-241(GMS)***

Dear Mr. Redden:

Your letter has been received by the Clerk's office requesting the above forms.

Please be advised that these and other forms are stocked and available from the law library of the institution where you are incarcerated. You may request U.S. Marshal 285 forms from the law library upon receipt of an order of the Court requiring that you provide such. It is the practice of some institutions to not provide the service forms until such time as the Court orders service of a complaint. Furthermore, be advised that the Clerk's office does not send forms in response to individual requests.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet