DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

December 10, 2004

Inmate REDDEN EMANUEL W
SBI # 00092507
SCI Sussex Correctional Institution
GEORGETOWN DE, 19947

Dear EMANUEL REDDEN:

We have reviewed your Grievance Case # 6534 dated 09/01/2004.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

## R.G.C. RECOMMENDATION

<u>THIS MUST BE COMLETED & RETURNED TO THE I.G.C. WITHIN 30 CALENDAR DAYS</u>

6534

EVANT'S NAME: _EMANUEL REDDEN_    SBI #: _000092507_    CASE #: _000092507_

COMMITEE RECOMMENDS THAT AN INVESTIGATION BE CONDUCTED ON THIS MATTER.

: MEMBERS:

TE REPRESENTATIVE: _James Cook #321229_

TE REPRESENTATIVE: _Laurence B. Dickens #124570_

SELOR: _Sr Counselor Koomla_

RITY: _Lt. E.R. Johnsen_

TE GRIEVANT CHAIRPERSON: ___

STITUTION FILE

RIEVANT

April '97 REV

DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

December 10, 2004

Inmate REDDEN EMANUEL W
SBI # 00092507
SCI Sussex Correctional Institution
GEORGETOWN DE, 19947

Dear EMANUEL REDDEN:

We have reviewed your Grievance Case # 6534 dated 09/01/2004.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

R.G.C. RECOMMENDATION

THIS MUST BE COMLETED & RETURNED TO THE I.G.C. WITHIN 30 CALENDAR DAYS

6534

EVANT'S NAME: EMANUEL REDDEN    SBI #: 00092507    CASE #: 00092507

COMMITEE RECOMMENDS THAT AN INVESTIGATION BE CONDUCTED ON THIS MATTER.

MEMBERS:

TE REPRESENTATIVE: James Clark #321229

TE REPRESENTATIVE: Laurence B. Dickens #124570

SELOR: A Counselor Koonla

RITY: Lt. E.R. Johnson

TE GRIEVANT CHAIRSPERSON:

STITUTION FILE
RIEVANT

April '97 REV

DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

December 10, 2004

Inmate REDDEN EMANUEL W
SBI # 00092507
SCI Sussex Correctional Institution
GEORGETOWN DE, 19947

Dear EMANUEL REDDEN:

We have reviewed your Grievance Case # 6534 dated 09/01/2004.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief


## R.G.C. RECOMMENDATION

THIS MUST BE COMLETED & RETURNED TO THE I.G.C. WITHIN 30 CALENDAR DAYS

6534

EVANT'S NAME: EMANUEL REDDEN    SBI #: 00092507    CASE #: 00092507 (GMS)

COMMITEE RECOMMENDS THAT AN INVESTIGATION BE CONDUCTED ON THIS MATTER.

MEMBERS:

TE REPRESENTATIVE: James Clark #321229

TE REPRESENTATIVE: Laurence B. Dickens #124570

SELOR: Sr Counselor Kromla

RITY: Lt. E.R. Johnson

TE GRIEVANT CHAIRSPERSON: [signature]

STITUTION FILE
RIEVANT

April '97 REV