IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL REDDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 05-241-GMS |
| v. ) | |
| ) | |
| CORRECTIONAL OFFICER DIEZ, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

COMES NOW, the Defendant Lauro Diaz ("Diaz" or "Defendant"), by and through his undersigned counsel, and hereby moves this Honorable Court (the "Motion") to enter an order, substantially in the form attached hereto, granting Diaz leave to depose Plaintiff Emanuel Redden ("Redden" or "Plaintiff"). In support of the Motion, Diaz states as follows:

1.   Plaintiff, Redden is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2.   Counsel for Diaz wishes to depose Redden as part of discovery in this case.

3.   The scheduling order entered in this matter set the discovery deadline for January 19, 2007 (D.I. 16).

4.   Federal Rule of Civil Procedure 30(a) requires leave of the Court to depose an incarcerated individual.

5.   A form of order is attached to this Motion that grants Defendant's counsel the right to depose Redden.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an order, substantially in the form attached hereto, granting the Motion for Leave to Depose Plaintiff Emanuel Redden.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
    Attorney for Defendant Lauro Diaz

Dated:  December 20, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL REDDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 05-241-GMS |
| v. | ) |
| | ) |
| CORRECTIONAL OFFICER DIEZ, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon Defendant's Motion For Leave To Depose Plaintiff (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Defendant is granted leave to depose the Plaintiff in this matter.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL REDDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 05-241-GMS |
| v. | ) |
| | ) |
| CORRECTIONAL OFFICER DIEZ, | ) |
| | ) |
| Defendant. | ) |

**7.1.1 CERTIFICATE OF COUNSEL**

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District Court of Delaware, that she is, as a practical matter, unable to discuss the subject of this Motion with the Plaintiff because the Plaintiff is an incarcerated inmate in a prison. Defense counsel assumes that the Plaintiff opposes the Motion.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
   Attorney for Defendant Lauro Diaz

Dated:  December 20, 2006

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on December 20, 2006, I caused a true and correct copy of the attached ***Defendant's Motion For Leave To Depose Plaintiff*** to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT:**

Inmate Emanuel Redden
SBI #00092507
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

___One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400