IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EMANUEL REDDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 05-241-GMS |
| v. | ) | |
| | ) | |
| CORRECTIONAL OFFICER DIEZ, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon Defendant's Motion For Leave To Depose Plaintiff (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Defendant is granted leave to depose the Plaintiff in this matter.

SO ORDERED this 12th day of Jan, 2006.

_____
The Honorable Gregory M. Sleet
United States District Court Judge



FILED
JAN 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE