SCI/Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 05/08/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : REDDEN, EMANUEL W | SBI# : 00092507 | Institution : SCI |
| Grievance # : 6534 | Grievance Date : 09/01/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Resol. Date : 12/10/2004 |
| Grievance Type: Staff Issues | Incident Date : 09/01/2004 | Incident Time : 22:00 |
| IGC : Atallian, Michael J | Housing Location : Bldg 19, Upper, Tier C, Cell 5, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states that C/O Diaz struck him in the back of the neck while making tier check, and never apologized or acknoledged me. I reported it to Sgt. Biles who said he would speak to C/O, upon hearing this C/O diaz just laughed at sgt biles and kept walking.

**Remedy Requested** : No action requested.

## INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO  
**Date Received by Medical Unit :**

**Investigation Sent :**  
**Investigation Sent To :**

**Grievance Amount :**

DEPOSITION EXHIBIT D-2 1/17/07 ASB

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 05/08/2006

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** REDDEN, EMANUEL W | **SBI#** : 00092507 | **Institution** : SCI |
| **Grievance #** : 6534 | **Grievance Date** : 09/01/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 09/01/2004 | **Incident Time :** 22:00 |
| **IGC** : Atallian, Michael J | **Housing Location :** Bldg 19, Upper, Tier C, Cell 5, Single | |

### INFORMAL RESOLUTION

Offender's Signature: _____

Date                  : _____

Witness (Officer)     : _____

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date:05/08/2006

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** REDDEN, EMANUEL W | **SBI#** : 00092507 | **Institution** : SCI |
| **Grievance #** : 6534 | **Grievance Date** : 09/01/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 09/01/2004 | **Incident Time** : 22:00 |
| **IGC** : Atallian, Michael J | **Housing Location** : Bldg 19, Upper, Tier C, Cell 5, Single | |

## IGC

**Medical Provider:**          **Date Assigned**

**Comments:**

[ ] Forward to MGC          [ ] Warden Notified

[x] Forward to RGC          Date Forwarded to RGC/MGC : 09/10/2004

[x] Offender Signature Captured          Date Offender Signed          :

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 05/08/2006

# GRIEVANCE INFORMATION - RGC

## OFFENDER GRIEVANCE INFORMATION

**Offender Name:** REDDEN, EMANUEL W  **SBI#:** 00092507  **Institution:** SCI
**Grievance #:** 6534  **Grievance Date:** 09/01/2004  **Category:** Individual
**Status:** Resolved  **Resolution Status:** Level 3  **Inmate Status:**
**Grievance Type:** Staff Issues  **Incident Date:** 09/01/2004  **Incident Time:** 22:00
**IGC:** Atallian, Michael J  **Housing Location:** Bldg 19, Upper, Tier C, Cell 5, Single

## RGC

**Date Received:** 09/10/2004  **Date of Recommendation:** 09/14/2004

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Inmate | 00321229 | CLARK, JAMES M | Uphold |
| Inmate | 00124570 | DICKENS, LAWRENCE B | Uphold |
| Staff | | Kromka, Danielle S | Uphold |
| Staff | | Johnson, G.R. Jr | Uphold |

### VOTE COUNT

**Uphold:** 4  **Deny:** 0  **Abstain:** 0

### TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Committee recommends that an investigation be conducted on this matter.

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 05/08/2006

# GRIEVANCE INFORMATION - WARDEN

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : REDDEN, EMANUEL W | SBI# : 00092507 | Institution : SCI |
| Grievance # : 6534 | Grievance Date : 09/01/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 09/01/2004 | Incident Time : 22:00 |
| IGC : Atallian, Michael J | Housing Location : Bldg 19, Upper, Tier C, Cell 5, Single | |

### REFERRED TO

Due Date :                Referred to:               Name:

Type of Information Requested :

### DECISION

Date Received  : 09/14/2004
Decision Date  : 09/16/2004        Vote : Uphold
Comments       : Forward to Lt Fisher

---

W.   EN / WARDEN'S DESIGNEE SIGNATURE                DATE

I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)    YES:_____    NO:_____

GRIEVANT'S SIGNATURE                                 DATE

I.G.C. SIGNATURE                                     DATE

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 05/08/2006

# GRIEVANCE INFORMATION - Appeal

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** REDDEN, EMANUEL W | **SBI#** : 00092507 | **Institution** : SCI |
| **Grievance #** : 6534 | **Grievance Date** : 09/01/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 09/01/2004 | **Incident Time** : 22:00 |
| **IGC** : Atallian, Michael J | **Housing Location** : Bldg 19, Upper, Tier C, Cell 5, Single | |

### APPEAL REQUEST

Inmate states that he was intentionally struck by officer as he walked by, reported to Sgt. Who told officer he wanted to meet with him, and the officer laughed at the Sgt. and walked by him.

### REMEDY REQUEST

Wants assault charges filed on his behalf against officer Diaz.

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 05/08/2006

# GRIEVANCE INFORMATION - BGO

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** REDDEN, EMANUEL W | **SBI#** : 00092507 | **Institution** : SCI |
| **Grievance #** : 6534 | **Grievance Date** : 09/01/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 09/01/2004 | **Incident Time** : 22:00 |
| **IGC** : Atallian, Michael J | **Housing Location** : Bldg 19, Upper, Tier C, Cell 5, Single | |

## REFERRED TO

**Due Date:**     **Referred to:**     **Name:**

**Type of Information Requested:**

## DECISION

**Date Received:** 09/23/2004

**Decision Date:** 09/27/2004     **Vote:** Uphold

**Comments:**

While the original grievance made no specific "action requested" statement, the Resident Grievance Committee unanimously recommended to the Warden that the incident be investigated. The Warden has sent the case to Lt. Fisher. The Grievant's appeal statement request for filing assault charges against a staff member is beyond the authority of BOP 4.4 "Inmate Grievance Procedure".

SCI Sussex Correctional Institution  
PO Box 500  
GEORGETOWN DE, 19947  
Phone No. 302-856-5280

Date: 05/08/2006

# GRIEVANCE INFORMATION - Bureau Chief

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** REDDEN, EMANUEL W | **SBI#** : 00092507 | **Institution** : SCI |
| **Grievance #** : 6534 | **Grievance Date** : 09/01/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 09/01/2004 | **Incident Time** : 22:00 |
| **IGC** : Atallian, Michael J | **Housing Location** : Bldg 19, Upper, Tier C, Cell 5, Single | |

## DECISION

**Decision Date:** 12/10/2004        **Vote:** Uphold

**Comments:**

I concur with the BGO and the Warden that the incident be investigated.