# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** SUSSEX CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

Name (Print): Emanuel Redden
Housing Location: PT 418
Date of Birth: 6-21-50
SBI Number: 092507
Date Submitted: 9-27-4

**Complaint (What type of problem are you having):** I got struck in the neck last month, and now a knot has grown up on it.

Inmate Signature: [signature]
Date: 9-27-4

The below area is for medical use only. Please do not write any further

S:

O: Temp: ____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A: See nsg assessment protocol

P:

E:

Provider Signature and Title: Jill Mosser, RN
Date: 9-27-4
Time:

3/1/99 DE01
Form# MED 263

DEPOSITION EXHIBIT D-3
1/17/07 ASB