IN THE UNITED STATES DISTRICT
Court
For THE DISTRICT of Delaware

EMANUEL REDDEN,
Plaintiff

V.

Correctional Officer
DIEZ,
Defendant

Civil Action
No. 05-241-GMS

FILED
FEB 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff's Response       BD scanned
to Defendant's Motion
for Summary Judgment

Sir, under penalty of law, I swear that all statements made by me are true.

Furthermore, Plaintiff states that after reading Defendants Affidavit of Lauro DIEZ, Plaintiff finds that the Affidavit is false and untrue.

I

Sir, Also I swear under penalty of law that the Attorney for said Defendant is intentionally trying to confuse the Court by "mixing up" Plaintiff's desposition of January 17, 07 with legal jargon and intellectual chess, which are not founded on the Truth.

Point 1.) Plaintiff was never up stairs to come down any stairs, for Plaintiff was always confined down stairs.

Point 2.) Defendant was the only officer on the tier making time punch.

Point 3.) The light over the card table was "dim" not the light in the aisle where Defendant was.

Point 4.) Plaintiff's grievance was upheld by the Prison Chief Paul Howard, Prison Warden Carney and the prison grievance board members (see Exhibits C. of Defendants motion for summary Judgment).

Point 5.) Attorney for Defendant has timely left out the "results" of the ordered investigation that was conducted by LT. Fisher (see exhibits C. pgs. 4 to 8).

Point 6.) The Court has Plaintiffs and Defendant's version of the incident, but not the investigative version of LT.(s) George R. Johnson and Lt. Fisher, hence it would be inappropriate for the Court to render a disision on the summary Judgment without all the facts.

Point 7.) Defendant is not as ignorant of Plaintiff as he would like the Court to believe, for the Defendant was present at all times when Plaintiff reported the assault to his superior officer Sgt. Biles, who's statement to the investigating officer is suspiciously absent through out Defendant's summary. Why???

Point 8.) Sir, Plaintiff would not dare seek to waste this honorable Court's time and/or his $250.00 filing fee to file a frivilous law suit that did not have any merit!

Therefor, Plaintiff humbly request this honorable Court to deny Defendant's motion for summary Judgment.

Sir, Plaintiff swears under penalty of law that All facts stated herein And previously Are true.

Sincerely,
Emanuel Redden
_____
PLAINTIFF

I/M Emanuel Redden
SBI# 092507 UNIT S HU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk of Court
U.S. District Court
844 N. King st. LOCK Box 18
Wilmington, Del.
   19801-3570

No. 05-241-GMS

Dated: 2-16-07