## R.G.C. RECOMMENDATION

<u>THIS MUST BE COMLETED & RETURNED TO THE I.G.C. WITHIN 30 CALENDAR DAYS</u>

6534

EVANT'S NAME: EMANUEL REDDEN    SBI #: 00092507    CASE #: 00092507 GMS

COMMITTEE RECOMMENDS THAT AN INVESTIGATION BE CONDUCTED ON THIS MATTER.

MEMBERS:

TE REPRESENTATIVE: James Clark #321229

TE REPRESENTATIVE: Laurence B. Dickens #124570

ISELOR: A. Counselor Komla

RITY: Lt. J.R. Johnson

TE GRIEVANT CHAIRSPERSON:

STITUTION FILE

RIEVANT

April '97 REV

DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

December 10, 2004

Inmate REDDEN EMANUEL W
SBI # 00092507
SCI Sussex Correctional Institution
GEORGETOWN DE, 19947

Dear EMANUEL REDDEN:

We have reviewed your Grievance Case # 6534 dated 09/01/2004.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief