IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL REDDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 05-241-GMS |
| v. | ) |
| | ) |
| CORRECTIONAL OFFICER DIEZ, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Linda Carmichael on behalf of Defendant Lauro Diez. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendant. The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                                            STATE OF DELAWARE
                                                            DEPARTMENT OF JUSTICE

                                                            /s/ Linda Carmichael
                                                            Linda Carmichael, ID#3570
                                                            Deputy Attorney General
                                                            Department of Justice
                                                            820 North French Street, 6th Fl.,
                                                            Wilmington, Delaware 19801
                                                            (302)577-8400
                                                            Attorney for Defendant

Dated: February 28, 2007

## *CERTIFICATE OF SERVICE AND MAILING*

I hereby certify that on February 28, 2007, I electronically filed an *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on February 28, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant: Emanuel Redden, SBI #0092507 Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977.

.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Linda Carmichael_____
Linda Carmichael, ID#3570
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
Linda.Carmichael@state.de.us