IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL REDDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 05-241-GMS |
| v. | ) |
| | ) |
| CORRECTIONAL OFFICER DIEZ, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATION OF COUNSEL

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District of Delaware, that:

1. The Plaintiff is an inmate incarcerated at the Delaware Correctional Center, ("DCC") Smyrna, Delaware.

2. The Plaintiff is not able to be reached by telephone; therefore, counsel for the Defendant has spent no time in attempting to reach an agreement on the subject of the Motion for Enlargement of Time.

3. The undersigned counsel assumes that the Motion is opposed.

> STATE OF DELAWARE
> DEPARTMENT OF JUSTICE
>
>  /s/ Linda Carmichael
> Linda Carmichael, ID#3570
> Deputy Attorney General
> Department of Justice
> 820 North French Street, 6th Floor
> Wilmington, Delaware 19801
> (302)577-8400
> Attorney for Defendant

Dated: February 28, 2007