IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EMANUEL REDDEN,                          )
                                         )
                Plaintiff,               )
                                         )
                                         )     Civil Action No. 05-241-GMS
                v.                       )
                                         )
CORRECTIONAL OFFICER DIEZ,               )
                                         )
                Defendant.               )

## ORDER

Upon the Defendant's Motion For Enlargement of Time and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1.      The Motion is **GRANTED**.

2.      The Defendant has until on or before April 2, 2007 in which to file a Reply Brief.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet
United States District Court Judge