CA 05-241 GMS    10-12-7

Dear Clerk,

I humbly request the forms for Pre-Trial Discovery and for Plaintiffs Interrogatories of Defendants.

Plaintiff request 5 forms of each requests.

Sincerely

Emanuel Redden
# 092307

D.C.C.
1181 Paddock Rd.
Smyrna, De 19977



RECEIVED
OCT 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE