IN THE UNITED STATES DISTRICT
COURT
FOR THE DISTRICT of DELAWARE

Emanuel Redden
   Plaintiff,

V.

Correctional Officer
DIEZ,
      Defendant.

Civil Action No.
05-241-GMS

Motion For The
Appointment
Of Counsel

Pursuant to 28 U.S.C. § 1915 (e)(1)
Plaintiff moves for an order appointing
counsel to represent him in this case.
In support of this motion, plaintiff states:



RECEIVED
OCT 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis, which was granted.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. Plaintiff is confined to his cell 24/7 in super max. Plaintiff has no physical access to the law library, and very limited knowledge of the law.

3. A trial in this case will involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses. And do research and investigations.

10-5-07

DATE

Emanuel W. Redden

Prose Plaintiff

IM: Emanuel Rosales

SBI# 092507   UNIT SHU

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Office of the Clerk
U.S. District Court
844 N King St Lockbox 18
Wilmington De
19801-3570

G.W.S.



U.S.M.S.
X-RAY



