IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EMANUEL REDDEN : 
  
    Plaintiff :

v. : Civil Action No. 05-241 GMS

CORRECTIONAL OFFICER DIAZ :

    Defendant :

### ORDER REFERRING MATTER FOR REPRESENTATION

At Wilmington, this 29th day of October 2007, the court having determined that the plaintiff is appearing in this matter *pro se* because the plaintiff is unable to afford legal representation; and having further determined that it is appropriate to encourage legal representation for the plaintiff by an attorney,

IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to attempt to refer representation of the plaintiff to a member of the Federal Civil Panel;

2. The Court's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference; and

3. The case is STAYED pending the results of the Federal Civil Panel's review. The parties shall not file pleadings in this case during the pendency of the stay.

_____
CHIEF UNITED STATES DISTRICT JUDGE

FILED
OCT 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE