IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL REDDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-241-GMS |
| | ) |
| CORRECTIONAL OFFICER DIAZ, | ) |
| | ) |
| Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Herbert W. Mondros, Esquire, has agreed to represent the plaintiff, Emanuel Redden, as counsel of record in the above captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

DATE: July 10, 2008

_____
United States District Judge

FILED

JUL 10 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE